DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 526P11-2 | Keith Russell Judd v. State Board of Elections of North Carolina, Secretary of State of North Carolina, and State of North Carolina | 1. Plt's *Pro Se* Motion for Court Order to Register All Convicted and Incarcerated Felons to Vote in Federal Elections and Caucuses<br><br>2. Plt's *Pro Se* Motion to Remove Barack Obama from North Carolina's 2012 Presidential Primary Ballot/Caucus and Award All Delegates to Keith Judd, Democratic Presidential Candidate | 1. Denied<br><br><br><br>2. Denied |
|---|---|---|---|
| 536P11 | Diversified Financial Services, LLC, a Nebraska Limited Liability Company v. F&F Excavating and Paving, Inc., Jayne Barnes, and Fred Barnes | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA11-292)<br><br>2. Defs' PWC to Review Decision of COA | 1. Dismissed<br><br>2. Denied |
| 543P11 | N.C. Farm Bureau Mutual Insurance Company v. Jarvis Sentell Lynn and Michael Adams | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-227) | Allowed |
| 555P08-2 | State v. Johnny Ray Pope | 1. Def's *Pro Se* Motion for *Writ of Certiorari* to Review Order of COA (COA11-323)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br>2. Allowed<br><br>3. Dismissed as Moot<br><br>**Jackson, J., Recused** |
| 563A99-4 | State v. Ronald Lee Poindexter a/k/a Ronald Pugh | Def's PWC to Review Decision of Superior Court of Randolph County | Dismissed Without Prejudice |
| 614P05-2 | State v. David Earl Jones | 1. Def's *Pro Se* Motion for NOA (COAP12-543)<br><br>2. Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31<br><br>3. Def's *Pro Se* PWC to Review Order of COA<br><br>4. Def's *Pro Se* Motion for Petition to Amend | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed<br><br>3. Denied<br><br>4. Dismissed as Moot |